

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ONE (1) PIPER CHEYENNE PA-42-1000
AIRCRAFT, BEARING TAIL NUMBER N3SP,
SERIAL NUMBER 42-5527018, INCLUDING
ALL SETS OF KEYS, FLIGHT LOGS AND
MAINTENANCE LOGS;

      Defendant *in Rem*.

_____/

Civil No. 5:14-cv-11764
Honorable John Corbett O'Meara
Magistrate Judge R. Steven Whalen



## WARRANT OF ARREST, AND NOTICE IN REM

**ASSET:** ONE (1) PIPER CHEYENNE PA-42-1000 AIRCRAFT, BEARING TAIL NUMBER N3SP, SERIAL NUMBER 42-5527018, INCLUDING ALL SETS OF KEYS, FLIGHT LOGS AND MAINTENANCE LOGS

**TO:** UNITED STATES DEPARTMENT OF HOMELAND SECURITY

WHEREAS, a Complaint for Forfeiture was filed by Plaintiff, the United States of America, on May 2, 2014, against the above-named Defendant *in rem*, and for the reasons set forth in that Complaint; and

WHEREAS, Rule G(3)(b) of the Supplemental Rules For Certain Admiralty

Or Maritime And Asset Forfeiture Claims [the "Supplemental Rules"] provides in pertinent part:

> (i) the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control.

NOW THEREFORE, in accordance with Supplemental Rule G(3)(b) and the verified Complaint for Forfeiture, YOU ARE HEREBY COMMANDED to arrest and attach the above-described defendant property until further order of this Court; you are directed to give notice of this action and arrest by publication pursuant to Supplemental Rule G(4); and to give due notice to all persons who may have an interest in the property, of the manner in which Supplemental Rule G(5) requires that claims be made to the defendant property.

****TO: **THE PERSON BEING SERVED******

This Warrant of Arrest and Notice In Rem is notification that the above named Defendant property, **ONE (1) PIPER CHEYENNE PA-42-1000 AIRCRAFT, BEARING TAIL NUMBER N3SP, SERIAL NUMBER 42-5527018, INCLUDING ALL SETS OF KEYS, FLIGHT LOGS AND MAINTENANCE LOGS,** is being sued by the United States of America in the United States District Court for the Eastern District of Michigan pursuant to 49 U.S.C. § 46306 resulting from violations of 49 U.S.C. §§ 46306(d)(1) and (2)(C)(i) and (ii), 14 C.F.R.

47.43(a)(2) and (4), 18 U.S.C. § 1343, 18 U.S.C. § 1956(a)(2)(A) and 18 U.S.C. § 1957.

1. Please be advised that if you want to become a claimant in this action, you must file a claim within thirty five (35) days after the date this notice was sent to you, which is indicated on the enclosed certificate of service; and an answer to the Complaint For Forfeiture or Rule 12 motion, within twenty (21) days after the filing of your claim. See Supplemental Rule G(5), which provides:

> (a)(i) A person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the court where the action is pending. The claim must:
>
> (A) identify the specific property claimed;
>
> (B) identify the claimant and state the claimant's interest in the property;
>
> (C) be signed by the claimant under penalty of perjury; and
>
> (D) be served on the government attorney designated
>
> herein.

2. An original and one copy of your claim, answer or Rule 12 motion must be filed with the Clerk of Court for the United States District Court for the Eastern District of Michigan. A copy of these documents must be served on the attorney Plaintiff the United States of America:

3

JONATHAN J.C. GREY
Assistant United States Attorney
211 W. Fort Street
Suite 2001
Detroit, Michigan 48226-3211

3. Failure to file a claim and answer in accordance with Supplemental Rule G, or failure to take other action permitted by the Federal Rules of Civil Procedure, may result in the issuance of a judgment by default against you and an order of forfeiture against the defendant property vesting title to the property in the United States of America.

DAVID J. WEAVER
Clerk of the Court

_____
UNITED STATES DEPUTY CLERK

Dated: May 5, 2014