UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Civil No.  5:14-cv-11764
Honorable John Corbett O'Meara
Magistrate Judge R. Steven Whalen

vs.

ONE (1) PIPER CHEYENNE PA-42-1000
AIRCRAFT, BEARING TAIL NUMBER N3SP,
SERIAL NUMBER 42-5527018, INCLUDING
ALL SETS OF KEYS, FLIGHT LOGS AND
MAINTENANCE LOGS;

        Defendant *in Rem*.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that service of the **Complaint for Forfeiture, Warrant of Arrest and Notice In Rem** and this **Certificate of Service** has been made by Paralegal Christine Ruggeri on May 20, 2014, upon the following individual(s) by certified and regular mail, by placing same in an envelope, postage prepaid, and depositing said envelope(s) in the United States Mail addressed to the following:

Heriberto Medrano, Esq.
On Behalf of Cronoss Servicios Estrategicos De Negocios SA DE,
Oscar Geronimo Hernandez-Martinez and Ivan De Jesus Garcia-Alvardo
2009 E. Harrison Avenue, Suite B
Harlingen, TX  78550

Chase Air, Inc.
Attn: Charles Chase
20441 Eastwood
Harper Woods, MI  48225

Steven T. Plomaritis, D.O.
28801 Schoenherr Rd., Ste. 3
Warren, MI  48088

A & E Leasing, LLC
Attn:  Dr. Steven Plomaritis
860 Lake Shore Drive
Grosse Pointe Shores, MI  48236

Carlos Leasing, LLC
Attn:  Carlos Huerta-Martinez and
Xavier De La Fuenta
3511 Silverside Road, Ste. 105
Wilmington, DE  19810

S/JONATHAN J.C. GREY
JONATHAN J.C. GREY
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9116
jonathan.grey@usdoj.gov
(Illinois Bar No. 6292918)