UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

ONE (1) PIPER CHEYENNE PA-42-1000
AIRCRAFT, BEARING TAIL NUMBER N3SP,
SERIAL NUMBER 42-5527018, INCLUDING
ALL SETS OF KEYS, FLIGHT LOGS AND
MAINTENANCE LOGS;

           Defendant *in Rem*.
_____/

Civil No.  5:14-cv-11764
Honorable John Corbett O'Meara
Magistrate Judge R. Steven Whalen

## CERTIFICATE OF SERVICE

I hereby certify that service of the **Complaint for Forfeiture, Warrant(s) of Arrest and Notice In Rem** and this **Certificate of Service** has been made by Paralegal Christine Ruggeri on May 27, 2014, upon the following via FedEx (International Air), Tracking Number 8240 9971 9470 0402, addressed to the following:

Mr. Oscar Geronimo Hernandez-Martinez
Mr. Ivan De Jesus Garcia-Alvardo
Cronoss Servicios Estrategicos De Negocios SA DE
Arboleda No. 113
Col. Arboledas De Corregidora Guadalupe, N.L. Mexico

           S/JONATHAN J.C. GREY
           Assistant United States Attorney
           211 W. Fort Street, Suite 2001
           Detroit, Michigan 48226
           (313) 226-9116
           jonathan.grey@usdoj.gov
           (Illinois Bar No. 6292918)