UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                  Plaintiff,                    Civil No. 4:14-cv-11764

vs.                                      Honorable Linda V. Parker

ONE (1) PIPER CHEYENNE PA-42-1000        Magistrate Judge R. Steven Whalen
AIRCRAFT, BEARING TAIL NUMBER N3SP,
SERIAL NUMBER 42-5527018, INCLUDING
ALL SETS OF KEYS, FLIGHT LOGS AND
MAINTENANCE LOGS;

                  Defendant *in Rem.*
_____/

## ORDER TO TERMINATE ATTORNEY STEVEN MICHAEL CHAIT AS PARTY/DEFENDANT

The Court being fully advised in the premises;

Attorney Steven M. Chait represents Claimant, Chase Air, Inc.  Upon

electronically filing the Claim on behalf of Chase Air, Inc., Steven Michael Chait was

erroneously entered as Defendant in the above case, therefore:

**IT IS HEREBY ORDERED** that Steven Michael Chait be terminated from case

as a Party/Defendant.

**IT IS HEREBY FURTHER ORDERED** that Chase Air, Inc., be added to the

docket as a Party/Claimant.

**IT IS SO ORDERED.**

                          s/ Linda V. Parker
                          U.S. DISTRICT COURT JUDGE

Dated: August 20, 2014