UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

ONE (1) PIPER CHEYENNE PA-42-1000
AIRCRAFT, BEARING TAIL NUMBER N3SP,
SERIAL NUMBER 42-5527018, INCLUDING
ALL SETS OF KEYS, FLIGHT LOGS AND
MAINTENANCE LOGS;

          Defendant *in Rem*.
_____/

Civil No.  4:14-cv-11764
Honorable Linda V. Parker

## PLAINTIFF'S FINAL WITNESS LIST

NOW COMES the Plaintiff, the UNITED STATES OF AMERICA, by and through BARBARA L. McQUADE, United States Attorney for the Eastern District of Michigan, and JONATHAN J.C. GREY, Assistant United States Attorney, and for its Preliminary Witness List states as follows:

1. Claimant Charles Chase, President of Chase Air, Inc.;

2. Dr. Steven T. Plomaritis, D.O.;

3. Carlos Huerta-Martinez;

4. Xavier De La Fuenta;

5. Carmen Villaurritia, CEO of C&R Enterprises;

6. Any and all past or present agents, employees or representatives of Jetstream Escrow & Title Service, Inc. familiar with this case;

6. Any and all past or present agents, employees or representatives of the Department of Homeland Security, Homeland Security Investigations (HSI), assigned to or familiar with this case, including but not limited to Special Agent Scott Weigman and the custodian of records;

7. Special Agent Steve Tochterman, Federal Aviation Administration (FAA), and any other past or present agent, employee or representative of the Federal Aviation Administration (FAA), familiar with this case;

8. Any and all past or present agents, employees or representatives of the Department of Homeland Security, Customs and Border Protection (CBP), assigned to or familiar with this case, and the custodian of records;

9. Any and all other witnesses ascertained through discovery, including fact witnesses, rebuttal witnesses and/or expert witnesses.

10. All witnesses on the Claimant's Witness List.

11.     Plaintiff reserves the right to amend or supplement this preliminary witness list as information becomes known.

                                                     Respectfully submitted,

                                                     BARBARA L. McQUADE
                                                     United States Attorney

                                                     S/JONATHAN J.C. GREY
                                                     Assistant United States Attorney
                                                     211 W. Fort Street, Suite 2001
                                                     Detroit, MI 48226
                                                     (313) 226-9116
                                                     Jonathan.grey@usdoj.gov

Dated: February 13, 2015            (Illinois Bar No. 6292918)

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2015, I electronically filed the foregoing using the ECF system which will send notification of such filing to all ECF participants.

                              S/JONATHAN J.C. GREY
                              Assistant United States Attorney
                              211 W. Fort Street, Suite 2001
                              Detroit, MI 48226
                              (313) 226-9116
                              Jonathan.grey@usdoj.gov
                              (Illinois Bar No. 6292918)